IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-338-D
No. 5:11-CV-106-D

| | |
|---|---|
| LAYT KHALIL MOHAMMAD YOUNIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This court has reviewed the affidavit filed on July 27, 2011 [D.E. 50]. In light of the affidavit, the court hereby re-enters a new judgment identical in all respects to the judgment entered on July 7, 2010 [D.E. 37]. See United States v. Mongold, 259 F. App'x 539, 540–41 (4th Cir. 2007) (per curiam) (unpublished). Defendant may file a notice of appeal within 14 days of the date of this new judgment, and the United States may assert its rights under the appellate waiver in the plea agreement [D.E. 33]. The Federal Public Defender is appointed to represent defendant, if he wishes to file a notice of appeal. The section 2255 petition is DISMISSED without prejudice.

SO ORDERED. This **30** day of December 2011.

JAMES C. DEVER III
Chief United States District Judge